THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES F. WILLIAMS, Appellant, *v.* JOHN T. McDONOUGH, as Secretary of State, et al., Constituting the PRINTING BOARD OF THE STATE OF NEW YORK, et al., Respondents.

(Submitted December 7, 1903 ; decided December 15, 1903.)

MOTION to amend remittitur. (See 176 N. Y. 606.)

Motion granted and remittitur amended so as to read "with $50 costs and disbursements."